RECEIVED
MAR 26 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Clerk of Court

My name is Garret Horgdal #03948-510
I am Requesting my Plea-agreement, Transcript, Docket sheet, Indictment.
I am indigent and can not pay for this.
Thank you for your time

Garret Horgdal
03948-510

Garret Hocgdal 03948-510
USP Hazelton B1 117
PO BOX 2000
Bruceton mills WV 26525

PITTSBURGH PA 150
19 MAR 2025 PM 2 L



RECEIVED
MAR 26 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

X-RAYED & CLEARED BY U.S.M.S. 3-26-25

US District Courthouse
2146 27th Avenue
Council Bluffs, IA 51501

51501-698546